IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONNIE CUNNINGHAM
Soc. Sec. #xxx-xx-4361,

    Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2713-TWT

## ORDER

This is an action seeking review of the decision of the Commissioner regarding the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending that the decision of the Commissioner be affirmed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 21 day of December, 2012.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\11\Cunningham\r&r.wpd